IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW CARLSON, <br><br> Defendant. | 8:22CR65 <br><br> ORDER |

The United States of America has moved for an order requiring Defendant Matthew Carlson to submit to a medical evaluation. (Filing No. 38.) This Court has been advised in the Motion and by the United States Marshal Service that Mr. Carlson has refused a medical evaluation and a medical clearance is required for Douglas County Corrections to allow Mr. Carlson to be returned to the facility. Mr. Carlson has been ordered detained pending sentencing in this case. A medical evaluation is necessary in order to detain Mr. Carlson locally pending that hearing. As such, IT IS ORDERED that the United States of America's motion, Filing No. 38, is granted. Defendant Matthew Carlson shall submit to a medical evaluation as necessary for the treating medical facility to determine what medical treatment is necessary and/or for the treating medical facility to provide medical clearance to return Mr. Carlson to Douglas County Corrections.

4-14-23
Date

SUSAN M. BAZIS
United States Magistrate Judge